Richard J. Meier, Esq.,
Macey & Aleman, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: (866) 339-1156
Fax: (312) 822-1064
rjm@legalhelpers.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO DIVISION**

| | |
|---|---|
| James Taylor,<br><br>    Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.,<br><br>    Defendant. | Case No. 3:08-cv-00648-LRH-RAM<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Stipulation of Dismissal with Prejudice within 30 days.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier
    233 S. Wacker Drive, Suite 5150
    Chicago, IL 60606
    Tel: 1.866.339.1156
    Fax: 1.312.822.1064
    rjm@legalhelpers.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*