**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO DIVISION**

| | |
|---|---|
| James Taylor, | Case No. 3:08-cv-00648-LRH-RAM |
| Plaintiff, | |
| v. | |
| NCO Financial Systems, Inc., | |
| Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER |

Now comes the parties, by and through counsel, and hereby dismiss the present action

pursuant to Fed. R. 41(a) with prejudice.  Each party shall bear its own costs and attorney fees.

Respectfully submitted,

Macey & Aleman, P.C.                       Sessions, Fishman, Nathan & Israel, LLP

By: */s/ Richard J. Meier*                 By: */s/ James K. Schultz*
Richard J. Meier                           James K. Schultz, Esq.
233 S. Wacker Drive, Suite 5150            55 W. Monroe, Suite 1120
Chicago, IL 60606                          Chicago, Illinois  60603
Tel: 1.866.339.1156                        Tel: (312) 578-0993
Fax: 1.312.822.1064                        Fax: (312) 578-0991
rjm@legalhelpers.com                       jschultz@sessions-law.biz
*Attorney for Plaintiff*                   *Attorney for Defendant*
IT IS SO ORDERED this 17th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE